UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

Page 1 of 1

| Case No. | CR 14-338-DMG<br>CV 21-4012-DMG ✓ | Date | October 14, 2021 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Not Reported | Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| (57) Tony Gordon | Not | | | N/A | Not | | |

**Proceedings:   [IN CHAMBERS]  ORDER TO SHOW CAUSE RE DEFENDANT'S SECTION 2255 MOTION [1]**

On May 10, 2021, Defendant Tony Gordon filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255.  [CR Doc.# 4234; CV Doc. # 1.]  The Court granted the Government's *ex parte* application to extend time, to October 8, 2021, to file its opposition.  [CR Doc. ## 4278, 4280; CV Doc. ## 9, 11.]  To date, no opposition has been filed.

The Government is **ORDERED TO SHOW CAUSE** by no later than **October 29, 2021** why Defendant's motion should not be granted in light of the Government's lack of opposition.

IT IS SO ORDERED.